RECEIVED
AUG - 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| FREDERICK L. JEFFERSON,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-409;<br>SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is hereby **DISMISSED** in part for lack of jurisdiction and **DENIED** and **DISMISSED** in part as untimely.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 9th day of August, 2016.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE